UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH A. FARRIS | CIVIL ACTION |
| VERSUS | NO. 00-0438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE, ET AL. | SECTION "S" |

O R D E R

More than 120 days have elapsed since the filing of the complaint in this action. The record reflects that service has not been effected upon Betty Whitaker. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, and the party on whose behalf such service was required cannot show good cause why such service was not made within that period, the action shall be dismissed as to the defendant without prejudice upon the Court's own initiative with notice to such party or upon motion.

Accordingly,

IT IS ORDERED that for plaintiff show good cause in writing within thirty days why service of process has not been effected upon the defendants. If counsel for plaintiff fails to show good cause **in writing** for having failed to do so, the above-named defendants will be dismissed without prejudice in accordance with Fed.R.Civ.P.4(m) without further notice. See Redding v. Essex Crane Rental Corp. of Alabama, 752 F.2d 1077 (5th Cir. 1985)

New Orleans, Louisiana, this 24 day of July, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
JUL 2 4 2000

