FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 AUG -4 PM 2: 25

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

ELIZABETH A. MAXWELL FARRIS     CIVIL ACTION

VERSUS     DOCKET NO. 00-0463

STATE FARM MUTUAL AUTOMOBILE     SECTION S   c/w 00-438
INSURANCE COMPANY, ET AL

## MOTION TO CONSOLIDATE

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, who suggests to the Court that the accident made basis of this lawsuit was originally filed in the Civil District Court for the Parish of Orleans, State of Louisiana, and was removed to this Honorable Court. Unfortunately, both undersigned counsel and counsel for State Farm Mutual Automobile Insurance Company filed petitions for removal, and two separate case numbers were assigned.

The first matter, entitled *Elizabeth A. Farris v. State Farm Mutual Automobile Ins. Co., et al*, was filed on February 10, 2000, and bears docket number 00-0438-S. The second matter, which has the same caption, was filed on February 11, 2000, and bears docket number 00-0463-S. Counsel suggests that the ends of justice will best be served by the consolidation of both causes.

DATE OF ENTRY

AUG 0 7 2000

WHEREFORE, mover prays that the above entitled and numbered cause be consolidated with the matter entitled *Elizabeth A. Farris v. State Farm Mutual Automobile Ins. Co., et al*, docket number 00-438-S.

            Respectfully submitted,

            DONOVAN & LAWLER
            A Professional Law Corporation

            _____
            P. M. DONOVAN (21272)
            4640 Rye Street
            Metairie, LA 70006
            (504) 454-6808

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing pleading on all known counsel of record by mailing the same by United States mail on this 3rd day of August, 2000.

_____
P. M. DONOVAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH A. MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | DOCKET NO. 00-0463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION S |

ORDER OF CONSOLIDATION

Considering the foregoing Motion to Consolidate,

IT IS ORDERED that the above entitled and numbered suit be and is hereby consolidated with the case of *Elizabeth A. Farris v. State Farm Mutual Automobile Ins. Co., et al*, docket number 00-438-S.

New Orleans, Louisiana, this ___4___ day of August, 2000.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE