```
UNITED STATES DISTRICT COURT
             FILED
       September 6, 2000
  EASTERN DISTRICT OF LOUISIANA
         Loretta G. White
              Clerk
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH A. FARRIS | CIVIL ACTION |
| VERSUS | NO. 00-0438<br>C/W 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE, ET AL. | SECTION "S" |

### PRELIMINARY CONFERENCE NOTICE

A PRELIMINARY CONFERENCE will be held <u>BY TELEPHONE</u> on <u>October 3, 2000 at 10:45 a.m.</u> for the purpose of scheduling discovery deadlines, a pre-trial conference and trial date. You must return the attached questionnaire <u>5</u> days before the preliminary conference.

<u>TRIAL COUNSEL</u> or a representative who if fully acquainted with all details of the case and authorized to enter into any necessary agreements must participate in the conference. Any motion to Continue must be filed one week prior to the above date.

September 6, 2000

David Stechmann (504) 589-7690
Courtroom Deputy, Section "S"

NOTICE:
COUNSEL ADDING NEW PARTIES SUBSEQUENT TO THE MAILING OF NOTICE SHALL NOTIFY SUCH NEW PARTY TO APPEAR AS REQUIRED BY THIS NOTICE

COUNSEL ARE HEREBY NOTIFIED THAT, UPON WRITTEN REQUEST JOINED BY ALL PARTIES FOLLOWING A RULE 26(f) CONFERENCE, A JUDICIAL OFFICER WILL CONDUCT A CONFERENCE IN LIEU OF THE ABOVE REFERENCED PRELIMINARY CONFERENCE TO ESTABLISH A SPECIAL CASE MANAGEMENT AND SCHEDULING ORDER, UPON A SHOWING THAT THE COMPLEXITY OR SIMPLICITY OF THE CASE, ITS ANTICIPATED DISCOVERY NEEDS, OR OTHER FACTORS MAKE SUCH A CONFERENCE DESIRABLE.

```
__FEE_____
X_PROCESS_____
X_CHARGE__DS
__INDEX_____
__ORDER_____
X_HEARING__DS
DOCUMENT NO._13_
```

```
CASE NO. _____ "S"      UNITED STATES DISTRICT COURT    SUBMITTED BY:_____
                            EASTERN DISTRICT OF LOUISIANA  _____
```

1. Is this a jury or non-jury trial?  Jury___  Non-jury___

2. How many days do you estimate for trial?  _____

3.a. Realistically, when do you think that this case will be ready to go to trial?  _____

 b. Has this case previously been continued by the court?  Yes___  No___

 c. Would all parties consent to trial before a magistrate in order to have the earliest trial date?  Yes___  No___

4. Has a firm demand for settlement been submitted?  Yes___  No___
   Responded to?  Yes___  No___

 a. Would all parties consent to referral to a magistrate for settlement conference?  Yes___  No___

 b. Would all parties submit to arbitration or mediation?  Yes___  No___

5. Are any further amendments to pleadings anticipated?  Yes___  No___

6. Is discovery complete?  Yes___  No___

7. Have all expert reports been exchanged?  Yes___  No___

8. Are there any pending motions?  Yes___  No___

 a. Under submission? (list)
    _____
    _____

 b. Awaiting hearing? (list)
    _____
    _____

 c. Can this case be disposed of by Summary Judgment?  Yes___  No___

9.a. Do you anticipate any special problems in the trial of this case?  _____

 b. On a scale of 1 - 10 how difficult are the legal issues?  _____