

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO.: 00-0438 C/W 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION: S(3) |
| | ALL CASES |

**MOTION TO CONTINUE PRELIMINARY CONFERENCE**

NOW INTO COURT, through undersigned counsel, comes counsel for Allstate Insurance Company, as the alleged uninsured motorist carrier of Elizabeth A. Maxwell Farris, who requests a continuance of the preliminary conference presently set in this matter for October 3, 2000, for the reasons in the attached memorandum.

                      Respectfully submitted,

                      DONOVAN & LAWLER
                      A Professional Law Corporation

                      _____
                      P. M. DONOVAN (21272)
                      4640 Rye Street
                      Metairie, LA 70006
                      (504) 454-6808

DATE OF ENTRY
SEP 2 5 2000

X /Dktd
  /CtRmDep
  Doc.No. 14

## CERTIFICATE OF SERVICE

    I do hereby certify that I have served a copy of the foregoing pleading on all counsel of record by mailing the same by United States mail on this 12th day of September, 2000.

_____
R. M. DONOVAN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH MAXWELL FARRIS          CIVIL ACTION

VERSUS                            NO.: 00-0463 C/W 00-463

STATE FARM MUTUAL                 SECTION: S(3)
AUTOMOBILE INSURANCE
COMPANY, ET AL                    ALL CASES

### ORDER

IT IS ORDERED that the preliminary conference scheduled herein for October 3, 2000, is hereby continued to *11:15* o'clock *a*.m. on the *19th* day of *October*, 2000. *by telephone before the Courtroom Deputy*

New Orleans, Louisiana, this *22* day of September, 2000.

_____
JUDGE