1656-50816-LHL/mmt

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT -2 PM 3:13

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | CIVIL ACTION NO: 00-438 |
| VERSUS | * | SECTION: "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITTAKER, JR., BETTY WHITTAKER AND ALLSTATE INSURANCE COMPANY | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | MAGISTRATE: 03 |

## MOTION TO SUBSTITUTE AS COUNSEL OF RECORD

**ON MOTION OF** Lynnette Hall-Lewis, and on suggesting to the Court that Lynnette Hall-Lewis wishes to withdraw as counsel of record for defendants, Walter Whittaker, Jr., Betty Whittaker and State Farm Mutual Automobile Insurance Company, and that W. Glenn Burns wishes to be substituted as counsel of record for said defendants, in her place and stead.

Respectfully submitted,

HAILEY, MCNAMARA, HALL, LARMANN & PAPALE

BY: _____
LYNNETTE HALL- LEWIS (#22071)
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500

Respectfully submitted,

HAILEY, MCNAMARA, HALL, LARMANN & PAPALE

BY: _____
W. GLENN BURNS (#03628)
One Galleria Blvd., Suite 1400
Metairie, Louisiana 70001
Telephone: (504) 836-6500

DATE OF ENTRY
OCT 0 5 2000

Page 1

1656-50816-LHL/mmt

## CERTIFICATE OF SERVICE

I do hereby certify that I have on this 29th day of _Sept_, 2000, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing the same by United States Mail, properly addressed, and first class postage prepaid.

*/s/ W.G. Burns*

1656-50816-LHL/mmt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | CIVIL ACTION NO: 00-438 |
| VERSUS | * | SECTION: "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITTAKER, JR., BETTY WHITTAKER AND ALLSTATE INSURANCE COMPANY | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | MAGISTRATE: 03 |

## ORDER

CONSIDERING THE ABOVE AND FOREGOING MOTION:

**IT IS HEREBY ORDERED** by the Court that Lynnette Hall-Lewis be, and she is hereby permitted to withdraw as counsel of record for defendants, Walter Whittaker, Jr., Betty Whittaker and State Farm Mutual Automobile Insurance Company, and that ~~Caroline D. Ibos~~ W. Glenn Burns is hereby substituted in her place and stead.

New Orleans, Louisiana, this 3 day of ~~September~~ October, 2000.

_____
JUDGE