

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 OCT 25 PM 4: 34

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | NO. 00-0463 c/w |
| VERSUS | * | SECTION S  00-438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * *

### JOINT MOTION TO DISMISS

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Mutual Automobile Insurance Company (hereinafter referred to as "State Farm"), appearing herein on behalf of all parties to this litigation, who respectfully represents as follows:

1.

On or about February 11, 2000, the above-captioned and entitled matter was removed to this Court by State Farm. Prior to that time, a Petition to Remove this matter had already been filed on behalf of Allstate Insurance Company. The two suits were subsequently consolidated.

2.

In a joint telephone conference between all parties to this litigation, it was decided that, for judicial economy, the matter entitled "Elizabeth A. Maxwell Farris v. State Farm Mutual Automobile

DATE OF ENTRY
OCT 2 7 2000

___ Fee _____
___ Process
_X_ Dktd ___
___ CtRmDep
    Doc.No. ___

Insurance Company, Walter Whitaker, Jr., Betty Whitaker and Allstate Insurance Company", Civil Action No. 00-0463, Section 8, would be dismissed and that all further proceedings would proceed in the matter numbered 00-0438.

3.

All parties have agreed to the dismissal of the matter numbered 00-0463, and have agreed that any discovery conducted in the matter numbered 00-0463 and conducted prior to the consolidation of the two suits, would be recognized in the matter numbered 000-0438.

WHEREFORE, State Farm Mutual Automobile Insurance Company prays that this Joint Motion to Dismiss be granted as prayed for.

**CERTIFICATE OF SERVICE**

I hereby certify that I have on the ___ day of _____ 2000 served a copy of the foregoing pleading on counsel for all parties to the proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
MARIA N. RABIEH

Respectfully submitted,

SESSIONS & FISHMAN, L. L.P.
MARIA N. RABIEH, #21037
201 St. Charles Ave., 35th Floor
New Orleans, Louisiana 70170
(504) 582-1500

By: _____
MARIA N. RABIEH
Attorneys for State Farm Mutual Automobile Insurance Company in its alleged capacity as the uninsured/underinsured motorist carrier of Elizabeth A. Maxwell Farris

## ORDER

Considering the above and foregoing Joint Motion to Dismiss;

IT IS ORDERED, ADJUDGED AND DECREED, that the matter entitled "Elizabeth A. Maxwell Farris v. State Farm Mutual Automobile Insurance Company, Walter Whitaker, Jr., Betty

Whitaker and Allstate Insurance Company, numbered 00-0463, be and same is hereby DISMISSED.

New Orleans, Louisiana, this 24 day of October, 2000.

_____
JUDGE

3