UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO. 00-438 c/w<br>00-485<br>00-438 c/w 00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOIBLE<br>INSURANCE COMPANY, WALTER WHITAKER, JR.,<br>BETTY WHITAKER AND ALLSTATE<br>INSURANCE COMPANY | * | JUDGE: MARY ANN VIAL<br>LEMMON<br><br>MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND ORDER FOR LEAVE OF COURT

**NOW INTO COURT**, through undersigned counsel, comes Elizabeth Farris, and on suggesting to the Court that plaintiff desires to ask leave of court to file the annexed Supplemental and Amending Petition in the foregoing matter;

**THEREFORE**, plaintiff, Elizabeth Farris, requests that this court grant an order allowing the filing of this Supplemental and Amending Petition.

New Orleans, Louisiana, this 16th day of November, 2000.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

DATE OF ENTRY
NOV 2 0 2000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | * NO: 00-438<br>c/w 00-463 |
| VERSUS | * SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, WALTER WHITAKER, JR.,<br>BETTY WHITAKER AND ALLSTATE<br>INSURANCE COMPANY | * JUDGE: MARY ANN VIAL<br>  LEMMON<br>*<br>MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **ORDER**

**IT IS ORDERED** that plaintiff, Elizabeth Farris, have leave to file the attached supplemental and amending

New Orleans, Louisiana, this 17th day of ~~of~~ November, 2000. "petition" [sic].

_____
UNITED STATES ~~DISTRICT~~ JUDGE
MAG

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438 |
| | * | c/w  00-463 |
| VERSUS | | |
| | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE | | |
| INSURANCE COMPANY, WALTER WHITAKER, JR., | * | JUDGE: MARY ANN VIAL |
| BETTY WHITAKER AND ALLSTATE | | LEMMON |
| INSURANCE COMPANY | * | |
| | | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 2.08 CERTIFICATE OF COMPLIANCE

Counsel for mover, Elizabeth Farris, represents to the Court that he has contacted all counsel of record and that there is no opposition to the filing of the Supplemental and Amending Petition attached hereto.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 16th day of November, 2000, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JIM S. HALL