FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN -8 PM 3:18

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH A. FARRIS           CIVIL ACTION

VERSUS           NO: 00-0438

STATE FARM MURUAL AUTOMOBILE           SECTION: "S" (3)
INSURANCE CO.

    **IT IS ORDERED** that the parties contact Magistrate Judge Lance M. Africk within 10 days for the purpose of conducting a settlement conference. Settlement conference must be held before pre-trial.

    New Orleans, Louisiana this 8th day of January, 2001.

_____
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

DATE OF ENTRY JAN 0 8 2001