FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 10 PM 4:04

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO. 00-0438 c/w 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION "S" |
| | MAGISTRATE 3 |

### ANSWER OF WALTER WHITTAKER, JR., BETTY WHITTAKER AND STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY TO PLAINTIFF'S SUPPLEMENTAL AND AMENDING PETITION

**NOW INTO COURT**, through undersigned counsel, come defendants, Walter Whittaker, Jr., Betty Whittaker and State Farm Mutual Automobile Insurance Company, who in answer to the Supplemental and Amending Petition filed in the above-captioned matter, respectfully respond as follows:

1.

Your defendants, Walter Whittaker, Jr., Betty Whittaker and State Farm Mutual Automobile Insurance Company, reallege and reaffirm all of the responses to plaintiff's original Petition.

- 1 -

___ Fee_____
___ Process____
 X  Dktd_____
___ CtRmDep___
    Doc.No. 25

**2.**

The allegations set forth in Paragraph 2 of the Supplemental and Amending Petition are denied for lack of sufficient information to justify a belief in the truth or falsity of the matters asserted therein.

**3.**

The allegations set forth in Paragraph 3 of the Supplemental and Amending Petition set forth conclusions of law to which no answer is deemed required, however, to the extent that an answer is required, the allegations are denied.

**WHEREFORE,** defendants, Walter Whittaker, Jr., Betty Whittaker and State Farm Mutual Automobile Insurance Company, pray that this answer be deemed good and sufficient and that after all due proceedings are held that there be judgment in their favor and against plaintiff, Elizabeth Farris, dismissing the above entitled and numbered proceeding, with prejudice, and assessing all costs against the plaintiff.

Respectfully submitted,

HAILEY, MCNAMARA, HALL,
LARMANN & PAPALE, L.L.P.

BY: _____
W. GLENN BURNS (#3698)
One Galleria Boulevard, Suite 1400
P. O. Box 8288
Metairie, Louisiana 70011-8288
Telephone: (504)836-6500
Counsel for Defendants, **Walter Whittaker, Jr.,
Betty Whittaker and State Farm Mutual
Automobile Insurance Company**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the United States Mail this 10th day of January, 2001.

_____