UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 11 PM 2: 45

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438 c/w 00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOIBLE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * * | JUDGE: MARY ANN VIAL LEMMON |
| | | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PARTIAL MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, comes Elizabeth Farris, plaintiff in the above number and entitled cause, and on suggesting to the Court that she wishes to dismiss her claim against defendants, Faye Young and Farm Bureau Insurance Company as insurer of Faye Young, only, at defendants' cost and without prejudice, reserving her rights to proceed against all other defendants and possible defendants.

**IT IS ORDERED** that Faye Young and Farm Bureau Insurance Company as insurer of Faye Young, only, be and they are hereby dismissed at defendants' cost and without prejudice, reserving to plaintiff her rights to proceed against all other defendants or possible defendants.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

DATE OF ENTRY JAN 12 2001

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 9th day of January, 2001, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____

JIM S. HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438 c/w |
| | | 00-463 |
| VERSUS | * | SECTION "S" |
| | | |
| STATE FARM MUTUAL AUTOMOIBLE | * | JUDGE: MARY ANN VIAL |
| INSURANCE COMPANY, WALTER WHITAKER, JR., | | LEMMON |
| BETTY WHITAKER AND ALLSTATE | * | |
| INSURANCE COMPANY | | MAGISTRATE: 03 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Considering the foregoing Partial Motion to Dismiss;

**IT IS ORDERED , ADJUDGED AND DECREED**, that Faye Young and Farm Bureau

Insurance Company as insurer of Faye Young, only, be and they are hereby dismissed at defendants'

costs and without prejudice, reserving to plaintiff her rights to proceed against all other defendants.

New Orleans, Louisiana, this ⧸⧸ day of January, 2001.

**JUDGE**