FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
JAN 1 6 2001
2001 JAN 16 AM 11: 17
LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438<br>00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * | JUDGE: MARY ANN VIAL LEMMON |
| | * | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION TO REMAND

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Elizabeth Farris, who moves this court to remand the above-captioned matter to state court in that this matter was improperly removed from the Civil District Court for the Parish of Orleans pursuant to 28 U.S.C. 1441 (b) all as more fully set forth in the attached Memorandum in Support of this Motion.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

___Fee_____
___Process___
_X_Dktd_____
___CtRmDep___
___Doc.No.___

## **CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been mailed to counsel for all parties by placing same in the United States Mail, postage prepaid, this 16th day of January, 2001.

_____
JIM S. HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | * NO: 00-438<br>c/w 00-463 |
| VERSUS | * SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, WALTER WHITAKER, JR.,<br>BETTY WHITAKER AND ALLSTATE<br>INSURANCE COMPANY | * JUDGE: MARY ANN VIAL<br>LEMMON<br>*<br>MAGISTRATE: 03 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MEMORANDUM IN SUPPORT OF MOTION TO REMAND

**MAY IT PLEASE THE COURT:**

The record reflects that this matter was removed from the Civil District Court for the Parish of Orleans by the defendants, State Farm Insurance Company. The record also reflects that the defendants, Betty Whitaker and Walter Whitaker are citizens of the State of Louisiana. 28 U.S.C. 1441 (b) provides that a case can be removed from state court only if "none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought." It is clear from the pleadings that the defendants, Betty Whitaker and Walter Whitaker are in fact citizens of the State of Louisiana and therefore, this case could not properly be removed under the provisions of 28 U.S.C. 1441 (b).

WHEREFORE, plaintiff submits that this matter should be remanded to the Civil District Court for the Parish of Orleans, State of Louisiana immediately.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 16th day of January, 2001, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JIM S. HALL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | * NO: 00-438<br>   c/w  00-463 |
| VERSUS | * SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE<br>INSURANCE COMPANY, WALTER WHITAKER, JR.,<br>BETTY WHITAKER AND ALLSTATE<br>INSURANCE COMPANY | * JUDGE: MARY ANN VIAL<br>   LEMMON<br>*<br>   MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF FILING OF MOTION TO REMAND

TO:     STATE FARM INSURANCE COMPANY,
        WALTER WHITAKER, JR., AND BETTY WHITAKER
        through their attorney of record:
        W. GLENN BURNS, ESQ.
        HAILEY, MCNAMARA, HALL LARMANN & PAPALE, L.L.P.
        Suite 1400
        1 Galleria Boulevard
        Metairie, Lousiana 70001

Please take notice that undersigned counsel for plaintiff will bring on for hearing the attached Motion to Remand before the Honorable Judge Mary Ann Vial Lemmon, on the 7th day of February, 20001, at 10:00 a.m.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 16th day of January, 2001, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JIM S. HALL