UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 JAN 26 PM 1:40

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO. 00-438 c/w 00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * * | JUDGE: MARY ANN VIAL LEMMON |
| | | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### MOTION AND ORDER FOR LEAVE OF COURT

**NOW INTO COURT,** comes undersigned counsel, Jim S. Hall, and on suggesting to the Court that he desires to ask leave of court to file the annexed Supplemental Memorandum in Support of Motion to Remand in the foregoing matter;

**WHEREFORE**, Jim S. Hall, requests that this court grant an order allowing the filing of the attached Supplemental Memorandum in Support of Motion to Remand..

New Orleans, Louisiana, this 24th day of January, 2001.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

DATE OF ENTRY JAN 2 9 2001

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438 c/w 00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * * | JUDGE: MARY ANN VIAL LEMMON |
| | | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## **O R D E R**

**IT IS ORDERED** that Jim S. Hall have leave to file the attached Supplemental Memorandum in Support of Motion to Remand..

New Orleans, Louisiana, this 29 day of January, 2001.

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438 c/w 00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * * | JUDGE: MARY ANN VIAL LEMMON |
| | | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### RULE 2.08 CERTIFICATE OF COMPLIANCE

Undersigned counsel, represents to the Court that he has contacted all counsel of record and that there is no opposition to the filing of the Supplemental Memorandum in Support of Motion to Remand attached hereto.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

### CERTIFICATE OF SERVICE

I do hereby certify that I have on the 24th day of January, 2001, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JIM S. HALL