UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | NO: 00-438 c/w 00-463 |
| VERSUS | * | SECTION "S" |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * * | JUDGE: MARY ANN VIAL LEMMON |
| | | MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### SUPPLEMENTAL MEMORANDUM IN SUPPORT OF MOTION TO REMAND

MAY IT PLEASE THE COURT:

It has been brought to counsel for plaintiff's attention that both defendants, State Farm and Allstate filed removals in the above captioned matter. Plaintiff contends that this fact alone does not change the basis for the Motion to Remand in any way.

Plaintiff simply points this fact out for completeness of the record.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL
1100 N. Causeway Blvd., #B
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

**CERTIFICATE OF SERVICE**

I certify that a copy of the above and foregoing pleading has been mailed to counsel for all parties by placing same in the United States Mail, postage prepaid, this 23rd day of January, 2001.

_____
JIM S. HALL