UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB -7 PM 12:30

LORETTA G. WHYTE
       CLERK
```

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO. 00-438 C/W 00-463 |
| STATE FARM AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | SECTION "S"  MAGISTRATE: 03 |

* * * * * * * *

### WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, who submits the following list of witnesses that may be called by Allstate at the trial of this matter:

1. Dr. Daniel J. Gallagher; will provide testimony regarding the independent medical exam he performed on the plaintiff;

2. Dr. Susan Payberah; will provide testimony regarding her examination, diagnosis and treatment of the plaintiff;

3. A representative of Allstate Insurance Company may be called to provide testimony authenticating records of Allstate Insurance Company relative to any claims the plaintiff may have made as a result of an automobile accident in which she was involved in Dallas, Texas in the fall of 1999.

Respectfully submitted,
DONOVAN & LAWLER

P. M. DONOVAN (21272)
4640 Rye Street
Metairie, LA 70006
(504) 454-6808
Attorney for Defendant,
Allstate Insurance Company

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been forwarded to all counsel of record by placing same in the U.S. Mail, postage prepaid, this 6 day of February, 2001.

_____
P.M. DONOVAN