

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. 00-0438 |
| | * | |
| STATE FARM AUTOMOBILE | * | SECTION  S |
| INSURANCE CO., WALTER | * | |
| WHITAKER, JR., BETTY WHITAKER | * | MAGISTRATE |
| AND ALLSTATE INSURANCE COMPANY | * | |
| * * * * * * * * * * * * | | |

### MEMORANDUM ON BEHALF OF STATE FARM
### IN OPPOSITION TO PLAINTIFF'S MOTION TO REMAND

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Mutual Automobile Insurance Company, who adopts herein, by this reference, as if copied at this point *in extenso* the arguments set forth by Allstate Insurance Company in its Memorandum in Opposition of Motion to Remand.

WHEREFORE, defendant, State Farm Mutual Automobile Insurance Company hereby adopts the argument set forth by Allstate Insurance Company in its Memorandum in Opposition of Motion to Remand.

**CERTIFICATE OF SERVICE**

I hereby certify that I have on the 14th day of February 2001, served a copy of the foregoing pleading on counsel for all parties to the proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid

*/s/ Maria N. Rabieh*
MARIA N. RABIEH

Respectfully submitted,

SESSIONS & FISHMAN, L. L.P.
**MARIA N. RABIEH, #21037**
201 St. Charles Ave., 35th Floor
New Orleans, Louisiana 70170
(504) 582-1500

By: */s/ Maria N. Rabieh*
**MARIA N. RABIEH**
Attorneys for defendant, State Farm Mutual Automobile Insurance Company in its alleged capacity as the uninsured/underinsured motorist carrier of Elizabeth A. Maxwell Farris

2