UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH MAXWELL FARRIS | * | CIVIL ACTION |
| VERSUS | * | NO: 00-438 c/w 00-463 |
| STATE FARM AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * * | SECTION "S" MAGISTRATE: 03 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS LIST

**NOW INTO COURT**, through undersigned counsel, comes, plaintiff, Elizabeth Farris, who submits the following as a list of witnesses who may be called at the trial of this matter,

1. Elizabeth Maxwell Farris; will provide testimony regarding facts and circumstances surrounding this accident;

2. Rodney Farris, will provide testimony regarding the health of plaintiff;

3. Betty Whitaker; will provide testimony regarding facts and circumstances surrounding this accident;

4. Faye Young, will provide testimony regarding facts and circumstances surrounding this accident;

5. Imogene Maxwell, will provide testimony regarding facts and circumstances



surrounding this accident;

6. Ann Maxwell, will provide testimony regarding facts and circumstances surrounding this accident;

7. Ashley Szczepanski, will provide testimony regarding facts and circumstances surrounding this accident;

8. John Roath, will provide testimony regarding the facts and circumstances surrounding this accident;

9. Warren Steffens, will provide testimony regarding the facts and circumstances surrounding this accident;

10. Benjamin Benthall, will provide testimony regarding the facts and circumstances surrounding this accident;

11. Dr. Glenn S. Wheeless; will provide testimony regarding his examination, diagnosis and treatment of plaintiff;

12. Dr. Susan Payberah; will provide testimony regarding her examination, diagnosis and treatment of the plaintiff;

13. Dr. Joel H. Carp; will provide testimony regarding the Magnetic Resonance Imaging of the cervical spine taken of the plaintiff;

14. Dr. Paul Villien, Memorial Medical Center; will provide testimony regarding the examination, diagnosis and treatment of plaintiff;

15. Appraiser, Sandy Halphen, of State Farm Insurance Company;

16. Edwin Ducote, Jr., New Orleans Police Department, Badge No. 617, will provide testimony regarding the automobile accident of December 31, 1998 involving plaintiff;

17. Any person who provided health care to plaintiff;

18. Any witness listed by any other party;

19. Any witness that becomes known through discovery;

20. Any witness necessary for rebuttal/impeachment.

21. Any witness necessary to authenticate any exhibit to which counsel cannot agree.

22. Any witness listed or called by any other party.

Plaintiff reserves the right to supplement and amend this witness list.

Respectfully Submitted:

JIM S. HALL & ASSOCIATES, LLC

_____
JIM S. HALL
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: 504-832-3000
Bar Number: 21644

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the 16th day of February, 2001, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

_____
JIM S. HALL