FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20 PM 3:08

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO: 00-438 c/w 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, WALTER WHITAKER, BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | SECTION "S" MAGISTRATE: 03 |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

### EXHIBIT LIST

**NOW INTO COURT**, through undersigned counsel, comes, plaintiff, Elizabeth Maxwell Farris, who submits the following as a list of exhibits which may be used at the trial of this matter:

1. Medical records and medical bills of Memorial Medical Center;

2. Medical records and medical bills of Dr. Glenn S. Wheeless;

3. Medical records and medical bills of Dr. Susan Payberah;

4. Medical records and medical bills of Dr. Joel H. Carp;

5. Medical records and medical bills of Dr. Paul Villien;

6. Any and all medical records, diagnostic films, and/or bills which may not be listed above regarding the treatment of plaintiff for injuries sustained in this accident;



7. Any and all property damage or repair estimates, which may exist regarding the damage to any vehicles involved in the subject accident;

8. Certified copies of any and all automobile insurance policies providing coverage to any automobiles or any individuals involved in the accident made subject of this lawsuit, which were in effect at the time of the accident;

9. Any and all statements that have been taken regarding this matter;

10. Any and all photographs that have been taken of the accident scene or any individuals or vehicles involved in the subject accident;

11. Any and all drawings or diagrams that have been prepared in connection with this matter.

12. Any and all evidence which has been produced in response to any discovery.

13. Copy of the police report that was prepared regarding the subject accident;

14. Any and all injury reports, incident reports, accident reports, or investigative reports that have been prepared by any investigative agencies or individuals concerning the subject accident;

15. Any and all expert reports prepared in anticipation of litigation;

16. Any and all federal or state income tax returns, or social security records that have been prepared by or on behalf of plaintiff;

17. Any and all personnel records concerning plaintiff;

18. Any and all medical records regarding treatment of plaintiff;

19. Any and all depositions and all exhibits thereto taken regarding this matter;

20. Any exhibit necessary for rebuttal or impeachment;

21. Any exhibit listed or used by any other person.

22. Any deposition taken regarding this matter;

23. Any exhibit which becomes known through discovery; and,

24. Plaintiff's discovery request and any defendant's responses thereto.

Plaintiff reserves the right to supplement and amend this list.

Respectfully Submitted:

**JIM S. HALL & ASSOCIATES, LLC**

*/s/ Jim S. Hall*

JIM S. HALL
800 N. Causeway Blvd., Suite 100
Metairie, LA 70001
Telephone: 504-832-3000

### CERTIFICATE OF SERVICE

I do hereby certify that I have on the 16th day of February, 2001, served a copy of the foregoing pleadings on counsel for all parties to this proceeding, by mailing the same by United States mail, properly addressed, and first class postage prepaid.

*/s/ Jim S. Hall*

JIM S. HALL