FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 FEB 20 PM 4:56

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | NO. 00-0438 |
| VERSUS | * | SECTION S |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## WITNESS LIST

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Mutual Automobile Insurance Company, who submits the following list of witnesses who may be called upon to give oral testimony at the trial of this matter:

1. Daniel J. Gallagher, MD - medical expert regarding independent medical examination of plaintiff;

2. Susan Payberah, MD - medical expert regarding treatment rendered to plaintiff;

3. Jill Farmar, MD - medical expert regarding treatment rendered to plaintiff;

4. A representative of State Farm Mutual Automobile Insurance Company - fact witness regarding policy information; and

5. Any other witness listed and/or called by any other party to this litigation.

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and foregoing pleading has been forwarded to all counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid on February 20, 2001.

_____
MARIA N. RABIEH

Respectfully submitted,

SESSIONS, FISHMAN & NATHAN, L.L.P.

_____
MARIA N. RABIEH (#21037), T.A.
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500
Telephone:   (504) 582-1500
Facsimile:    (504) 582-1555