

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | NO. 00-0463 c/w |
| VERSUS | * | SECTION S  00-438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * | |

* * * * * * * * * * * * *

### EXHIBIT LIST

NOW INTO COURT, through undersigned counsel, comes defendant, State Farm Mutual Automobile Insurance Company, who submits the following list of exhibits which may be introduced at the trial of this matter:

1. A certified copy of the policy of insurance issued by State Farm Mutual Automobile Insurance Company to Imogene Maxwell and which was in effect on December 31, 1998;

2. Copies of all pleadings, including discovery requests and responses thereto;

3. Copies of any depositions taken in connection with this litigation;

4. Copies of any medical records of the plaintiff from any time;

5. Photographs of vehicles involved in the accident made subject of this suit;

6. Any materials used that will aid in the testimony of expert witnesses;

7. Any materials that may be used for impeachment;

8. Photographs and/or videotapes of the plaintiff's wedding and/or honeymoon;

9. Any exhibits listed and/or introduced by any other party to this litigation.

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing pleading has been forwarded to all counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid on February 20, 2001.

_____
MARIA N. RABIEH

Respectfully submitted,

SESSIONS, FISHMAN & NATHAN, L.L.P.

_____
MARIA N. RABIEH (#21037), T.A.
201 St. Charles Avenue, 35th Floor
New Orleans, LA 70170-3500
Telephone:   (504) 582-1500
Facsimile:    (504) 582-1555

2