1656-50816-WGB/mld



UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO. 00-0438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION "S"<br>MAGISTRATE 3 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT PARTIAL MOTION TO DISMISS

**NOW INTO COURT,** through undersigned counsel, come plaintiff, Elizabeth A. Maxwell Farris and defendants, Walter Whitaker, Jr., Betty Whitaker and State Farm Mutual Automobile Insurance Company as insurer of Walter Whitaker, Jr. and Betty Whitaker and, on suggesting to this Honorable Court that the matter against Walter Whitaker, Jr., Betty Whitaker and State Farm Mutual Automobile Insurance Company as their insurer only, has been resolved, and prays for an Order of Dismissal dismissing Walter Whitaker, Jr., Betty Whitaker and State Farm Mutual Automobile Insurance Company in its capacity as the insurer for Walter Whitaker, Jr. and Betty Whitaker only, with prejudice, reserving to plaintiff her rights to continue to proceed against all other defendants or possible defendants including State Farm Mutual Automobile Insurance Company as the uninsured/underinsured motorist insurer of plaintiff.

DATE OF ENTRY
FEB 2 2 2001

- 1 -

1656-50816-WGB/mld

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| JIM S. HALL & ASSOCIATES, LLC | HAILEY, MCNAMARA, HALL, LARMANN & PAPALE, L.L.P. |
| BY: /s/ J.S. Hall<br>JIM S. HALL (#21644)<br>1100 N. Causeway Blvd., Suite B<br>Metairie, Louisiana 70001<br>Telephone: (504) 832-3000<br>Counsel for Plaintiff, **Elizabeth A. Maxwell Farris** | BY: /s/ W. Glenn Burns<br>W. GLENN BURNS (#3698)<br>One Galleria Boulevard, Suite 1400<br>P. O. Box 8288<br>Metairie, Louisiana 70011-8288<br>Telephone: (504)836-6500<br>Counsel for Defendants, **Walter Whittaker, Jr., Betty Whittaker and State Farm Mutual Automobile Insurance Company** |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served on all counsel of record by depositing same in the United States Mail this ___ of January, 2001.

_____
W. Glenn Burns

1656-50816-WGB/mld

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO. 00-0438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION "S" MAGISTRATE 3 |

*****************************************************************************

### ORDER

CONSIDERING THE ABOVE AND FOREGOING JOINT PARTIAL MOTION TO DISMISS:

IT IS ORDERED, ADJUDGED AND DECREED that Walter Whitaker, Jr., Betty Whitaker and State Farm Mutual Automobile Insurance Company in its capacity as their insurer only, be and are hereby dismissed with prejudice, reserving plaintiff's rights against all remaining parties.

New Orleans, Louisiana, this 21 day of February, 2001.

_____
UNITED STATES DISTRICT JUDGE

- 3 -