

**MINUTE ENTRY**
**AFRICK, M.J.**
**April 16, 2001**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELIZABETH A. FARRIS**                              CIVIL ACTION NO. 00-0438

versus                                               SECTION: "S" (3)

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,**
**ET AL**

A settlement conference is scheduled in the above-captioned case on May 11, 2001 at 2:00 P.M., in the undersigned U.S. Magistrate Judge's chambers, located at 501 Magazine Street, Room 335, New Orleans, Louisiana.

**On or before May 4, 2001**, each party shall submit to the undersigned Magistrate Judge an in-camera letter/memorandum, **no longer than three pages double spaced**, outlining their settlement position. The letter/memorandum may be faxed directly to my chambers at 504-589-7608. All counsel are to have access to someone with full authority.

_____
**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

**CLERK TO NOTIFY ALL COUNSEL**

DATE OF ENTRY __APR 1 8 2001__

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc.No. 40