FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 APR 18 PM 2:30

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ELIZABETH FARRIS**                                CIVIL ACTION

**VERSUS**                                          NO: 00-0438

**STATE FARM MUTUAL AUTOMOBILE**                    SECTION: "S"
**INSURANCE ET AL.**

ORDER

**IT IS HEREBY ORDERED** that the pre-trial conference set for April 20, 2001 is continued to May 11, 2001 immediately following the settlement conference with Magistrate Judge Joseph C. Wilkinson, Jr.

New Orleans, Louisiana, this 17th day of April, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 19 2001