

```
        FILED
    U.S. DISTRICT COURT
  EASTERN DISTRICT OF LA
       APR 19 2001
    2001 APR 19 PM 2:35

     LORETTA G. WHYTE
            CLERK
```

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO.: 00-0463 C/W 00-463  C/W 00-438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION: S(3) ALL CASES |

## MOTION TO COMPEL RESPONSE TO DISCOVERY

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, who suggests to this Honorable Court that mover propounded a Request for Production of Documents on November 13, 2000, to plaintiff, Elizabeth Maxwell Farris (Exhibit A), and the legal delays for answering same have expired without a response thereto. Undersigned counsel certifies that he conferred with Jim Hall, counsel for plaintiff, on April 17, 2001, about the issues raised in this motion in compliance with LR 37.1E.

WHEREFORE, defendant prays that plaintiff, Elizabeth Maxwell Farris, be ordered to appear and show cause why she should not be compelled to answer the Request for Production of Documents propounded by defendant.

P. M. DONOVAN (21272)
4640 Rye Street
Metairie, LA 70006
(504) 454-6808

## CERTIFICATE OF SERVICE

I certify that I have served a copy of this document on all known counsel of record by United States Mail on this 18th day of April, 2001.

_____
P. M. DONOVAN

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO.: 00-0463 C/W 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION: S(3) |
| | ALL CASES |

### NOTICE OF HEARING

TO:  ELIZABETH A. MAXWELL FARRIS
Through her counsel of record:
Jim S. Hall
1100 North Causeway Boulevard
Suite B
Metairie, LA 70002

The Motion to Compel Response to Discovery filed on behalf of Allstate Insurance Company is set for hearing on **MAY 9, 2001**, at **9:00 A.M.**

Respectfully submitted,

**DONOVAN & LAWLER**
A Professional Law Corporation

_____
**P. M. DONOVAN** (21272)
4640 Rye Street
Metairie, LA 70006
(504) 454-6808

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| VERSUS | NO.: 00-0463 C/W 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION: S(3)  ALL CASES |

### ORDER

IT IS ORDERED that defendant, Allstate Insurance Company's Motion to Compel Response to Discovery is hereby granted.

IT IS FURTHER ORDERED that plaintiff, Elizabeth Maxwell Farris, shall provide defendant, Allstate Insurance Company, with answers to Interrogatories and responses to Request for Production of Documents within fifteen days from the date of this Order.

New Orleans, Louisiana, this _____ day of _____, 2001.

_____
**J U D G E**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| versus | NO.: 00-0438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION: S(3) |
| | ALL CASES |

### REQUEST FOR PRODUCTION OF DOCUMENTS

TO:  ELIZABETH A. MAXWELL FARRIS
Through her counsel of record:
Jim S. Hall
1100 North Causeway Boulevard
Suite B
Metairie, LA 70002

NOW INTO COURT, through undersigned counsel, comes defendant, Allstate Insurance Company, who, in accordance with the Louisiana Code of Civil Procedure, requests that plaintiff, Elizabeth A. Maxwell Farris, produce the following documents:

REQUEST FOR PRODUCTION NO. 1. Color copies of any photographs taken of you during your wedding ceremony, wedding reception, honeymoon and trip to Hawaii.

REQUEST FOR PRODUCTION NO. 2. Copies of any movies taken of you during your wedding ceremony, wedding reception, honeymoon and trip to Hawaii.

Respectfully submitted,

DONOVAN & LAWLER, APLC

P. M. DONOVAN (21272)
4640 Rye Street
Metairie, LA 70006
(504) 454-6808

EXHIBIT A

## **CERTIFICATE OF SERVICE**

I certify that I have served a copy of this document on all known counsel of record by United States Mail on this 13th day of November, 2000.

_____
R. M. DONOVAN