

MINUTE ENTRY
AFRICK, M.J.
MAY 7, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH MAXWELL FARRIS     CIVIL ACTION

VERSUS     NO: 00-0463 C/W 00-438

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY, ET AL     SECTION: "S"(3)

Before the Court is defendant's motion to compel. Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed AND a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memoranda in opposition to this motion, set for hearing on Wednesday, May 9, 2001, was timely submitted.

Accordingly,

IT IS ORDERED that defendant's motion is GRANTED as unopposed. Plaintiff must provide defendant with the requested discovery within ten (10) days of this date.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY
MAY 0 8 2001