```
                                                    FILED
                                              U.S. DISTRICT COURT
                                            EASTERN DISTRICT OF LA

                                              2001 MAY 14  AM 9:04

                                              LORETTA G. WHYTE
                                                    CLERK
```

**MINUTE ENTRY**
**AFRICK, M.J.**
**May 11, 2001**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH A. FARRIS** | **CIVIL ACTION** |
| versus | **NO. 00-438** |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY** | **SECTION "S" (3)** |

     A settlement conference was held this date. The parties were unable to resolve their differences.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

DATE OF ENTRY **MAY 14 2001**

```
Fee_____
Process___
X Dktd____
  CtRmDep__
  Doc.No.__
```