MINUTE ENTRY
May 11, 2001
LEMMON, J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH MAXWELL FARRIS      CIVIL ACTION

VERSUS      NO: 00-0438 C/W
     00-0463

STATE FARM MUTUAL AUTOMOBILE      SECTION: "S"
INS. CO. ET AL.

    A pretrial conference was held on May 11, 2001 at 2:00 p.m. with appearances by Jim Hall on behalf of the plaintiff, Maria Rabieh on behalf of State Farm Mutual Automobile Insurance Company, and Peter Donovan on behalf of Allstate Insurance Company. The parties were unable to negotiate a settlement. Trial before a jury is set for May 21, 2001 and is expected to last three days.

DATE OF ENTRY  MAY 14 2001

