```
                              FILED
                       U.S. DISTRICT COURT
                     EASTERN DISTRICT OF LA

                       2001 MAY 22  AM 9:07

                         LORETTA G. WHYTE
                              CLERK
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH A. MAXWELL FARRIS          CIVIL ACTION

VERSUS                               NO: 00-463  c/w 00-438

STATE FARM MUTUAL AUTOMOBILE         SECTION: "S"
INS. CO.

STIPULATION FOR JURY LESS THAN SEVEN ~~SIX~~
BUT NOT LESS THAN FIVE

    The parties herein stipulate that if, in the opinion of the Court, one of the jurors, after being selected to serve, becomes disqualified, incapacitated or is otherwise unable or unqualified to serve at any stage of the trial, the trial may nevertheless continue with the remaining jurors and a verdict be rendered on the unanimous agreement of the remaining jurors.

    Signed this 21st day of May, 2001.

Attorneys for Plaintiff(s): _____

Attorneys for Defendant(s): _____ - Allstate Ins Co
                            _____ - State Farm

Approved:

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY:    MAY 22 2001

Fee_____
Process_____
Docket_____
CtRm Dep_____
Document No. 55