MINUTE ENTRY
VIAL LEMMON, J.
MAY 21, 2001

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ELIZABETH A. MAXWELL FARRIS            CIVIL ACTION

VERSUS                                 NO. 00-438

STATE FARM MUTUAL AUTOMOBILE INS.      SECTION "S"
CO.   ET AL


JUDGE MARY ANN VIAL LEMMON PRESIDING


**MONDAY, MAY 21, 2001 AT 9:00 A.M.**

COURTROOM DEPUTY: Cesyle Nelson
COURT REPORTER:   Victor DiGeorgio

APPEARANCES:    Jim S. Hall and Sal Bracato for plaintiff
                Maria N. Rabieh for State Farm Mutual Automobile Ins. Co.
                P.M. Donovan for Allstate Ins. Co.

**JURY TRIAL**

Jury called, questioned and sworn

Stipulation entered as to liability

Opening statements were made by all counsel

    Witness by plaintiff:
    Deposition of Dr. Glenn Wheeless read to jury
    Rodney Farris sworn and testified
    Elizabeth Maxwell Farris sworn and testified

    Out of turn witness by defendants:
    Dr. Daniel Gallagher, accepted by the Court as an expert in orthopedic medicine, sworn and testified

Court recessed at 12:15 p.m.

DATE OF ENTRY  MAY 2 3 2001

Court resumed at 2:00 p.m.

The Court noted for the record that a charge conference was held during the lunch recesses, objections to the charge were ruled on and entered on the record

Stipulation was entered as to the ranking of the insurance companies

Stipulation was entered as to the plaintiff's medical bills

    Mrs. Farris was recalled and her testimony continued

Both sides rested

Closing arguments were made to the Jury

Jury was charged and retired for deliberations at 4:15 P.M.

Jury returned from deliberations at 4:30 P.M. with verdict in favor of plaintiff.

Court orders verdict entered

Jury released

| DATE | PARTY OFFERING | EXHIBIT NUMBER | DESCRIPTION | REF | OFF | ADM |
|---|---|---|---|---|---|---|
| 5/21/01 | plaintiff | p-1 in globo | photos of accident scene | x | x | x |
| | | p-2 | medical history given to Dr. Wheeless by plaintiff | x | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ELIZABETH MAXWELL FARRIS** | CIVIL ACTION |
| **VERSUS** | NO: 00-0438 C/S<br>00-0463 |
| **STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.** | SECTION: "S" (3) |

### JURY INTERROGATORY

What amount do you believe will adequately and reasonably compensate Elizabeth Maxwell Farris for injuries sustained in this accident?

$ _150,000.00_

_____
PRESIDING JUROR

_May 21, 2001_
DATE