UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA
MAY 25 2001
2001 MAY 25 PM 5: 07

LORETTA G. WHYTE
CLERK

ELIZABETH MAXWELL FARRIS

VERSUS

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY ET AL

CIVIL ACTION

NO. 00-438

SECTION "S"

J U D G M E N T

Considering the verdict rendered by the Jury, accordingly;

IT IS ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of plaintiff Elizabeth Maxwell Farris and against defendants Allstate Insurance Company and State Farm Mutual Automobile Insurance Company in the amount of $150,000.00, subject to a credit for $25,000.00 previously received by plaintiff from another defendant.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that there be judgment in favor of plaintiff Elizabeth Maxwell Farris and against defendant State Farm Mutual Automobile Insurance Company in the amount of $25,000.00, together with legal interest and costs.

IT IS FURTHER ORDERED ADJUDGED, AND DECREED, that there be judgement in favor of plaintiff Elizabeth Maxwell Farris and against defendant Allstate Insurance Co. in the amount of $100,000.00, together with legal interest and costs.

New Orleans, Louisiana, this _25_ day of May, 2001.

MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY  MAY 29 2001