```
                        FILED
                   U.S. DISTRICT COURT
                  EASTERN DISTRICT OF LA

                   2001 JUL 17  PM 12: 32

                     LORETTA G. WHYTE
                          CLERK
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| ELIZABETH MAXWELL FARRIS | CIVIL ACTION |
| | 00-438 |
| VERSUS | NO.: ~~00-0463~~ C/W 00-463 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, ET AL | SECTION: S(3) |
| | ALL CASES |

## SATISFACTION OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Elizabeth Maxwell Farris, who suggests that the judgment rendered at trial on the merits in this matter on May 25, 2001, against Allstate Insurance Company has been completely satisfied, and requests that the Clerk of Court mark the docket "SATISFIED" in this matter and to otherwise cancel and discharge that portion of the judgment.

Signed on this 3rd day of July, 2001.

Respectfully submitted,

_____
JIM S. HALL (21644)
1100 North Causeway Boulevard
Suite B
Metairie, LA 70001
(504) 832-3000