FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2001 AUG -3 PM 3:48

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ELIZABETH A. MAXWELL FARRIS | * | CIVIL ACTION |
| VERSUS | * | NO. 00-0438 |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE CO., WALTER WHITAKER, JR., BETTY WHITAKER AND ALLSTATE INSURANCE COMPANY | * | SECTION S<br><br>MAGISTRATE |

* * * * * * * * * * * *

### SATISFACTION OF JUDGMENT

NOW INTO COURT, through undersigned counsel, comes plaintiff, Elizabeth A. Maxwell Farris, who hereby acknowledges receipt of full payment in satisfaction from defendant, State Farm Mutual Automobile Insurance Company, of the judgment rendered in the above captioned and entitled cause of action in favor of said plaintiff against said defendant on the 29th day of May, 2001, and does hereby authorize and instruct the Clerk of Court to mark the docket "JUDGMENT PAID - DOCKET SATISFIED."

New Orleans, Louisiana, this 3rd day of July, 2001.

_____
JIM S. HALL
Attorney for plaintiff,
Elizabeth A. Maxwell Farris
800 N. Causeway Blvd, Suite 100
Metairie, LA 70001